

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00227-CR
_____

HARRISON HOOD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law No. 2
Lubbock County, Texas
Trial Court No. 2012-471,374, Honorable Drue Farmer, Presiding

October 21, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Harrison Hood, appealed his conviction for the offense of driving while intoxicated. Appellant was sentenced to 3 days' confinement in the Lubbock County Jail. On October 14, 2015, appellant filed a Motion to Dismiss.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at

appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.